UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

VS.        NO. 4:13MJ6010-BD-2

JEAN-MARC CHENIER            DEFENDANT

## ORDER

Defendant's motion for entry of appearance (Docket entry #13) is GRANTED.

Robert E. Tellez is hereby substituted as retained counsel for Jean-Marc Chenier, in place of Christopher Tarver, who was recently appointed by the Court.

DATED this 23rd day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE