**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13MJ6010 BD |
| | ) | |
| JEAN-MARC CHENIER | ) | |

**ORDER**

The defendant's motion for bond hearing (docket entry no. 16) is granted. The hearing will be conducted on Tuesday, May 21, 2013, at 2:30 p.m.

IT IS SO ORDERED this  8   day of May, 2013.

                                          UNITED STATES MAGISTRATE JUDGE